# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIX COMMODITIES, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>vs.<br><br>WHOLESOME NUT COMPANY, INC.,<br><br>        Defendant/Counter-Claimant. | No. 1:18-cv-01125-DAD-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 10) |

GOOD CAUSE APPEARING THEREFORE, after reviewing the parties' "Stipulation to Continue the Status (Pretrial Scheduling) Conference" (Doc. 10), the Court ORDERS the following:

1. The scheduling conference currently set for December 4, 2018, is hereby **CONTINUED to January 22, 2019, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**; and

2. A joint scheduling report compliant with this Court's Order Setting Mandatory Scheduling Conference entered August 21, 2018 (Doc. 3), SHALL be electronically

///

///

1

filed and emailed in Word format to skoorders@caed.uscourts.gov, by no later than January 15, 2019.

IT IS SO ORDERED.

Dated: **November 30, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE